**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff - Appellee*, <br><br> v. <br><br> RUFINO IGNACIO VALDES-VEGA, *Defendant - Appellant*. | No. 10-50249 <br><br> D.C. No. 5:09-cr-00024-VAP-1 <br><br> ORDER |

Filed April 25, 2013

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.